JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY O. D.,[1] an Individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.: 5:21-01537 ADS<br><br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the decision of the Commissioner of Social Security is vacated and the matter is remanded to the

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 21, 2023

        /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge